IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BEARING BROKERS, INC., ) | |
| on behalf of plaintiff and a class, ) | |
| ) | |
| Plaintiff, ) | 13 C 6026 |
| ) | |
| v. ) | Judge Holderman |
| ) | Magistrate Judge Keys |
| MCNAB EXECUTIVE PLAZA, LLC, ) | |
| doing business as SALES PEOPLE ARE US ) | |
| and JOHN DOES 1-10, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Bearing Brokers, Inc., voluntarily dismisses its individual claims without prejudice and without costs against defendant McNab Executive Plaza, LLC, as defendant McNab Executive Plaza, LLC has not yet filed an appearance, answer or a motion for summary judgment. Plaintiff Bearing Brokers, Inc. voluntarily dismisses its class claims without prejudice and without costs against defendant McNab Executive Plaza, LLC. Plaintiff Bearing Brokers, Inc. voluntarily dismisses its claims against John Does 1-10 without prejudice and without costs.

s/ Heather Kolbus
Heather Kolbus

Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

**CERTIFICATE OF SERVICE**

       I, Heather Kolbus, certify that on September 10, 2013, I caused a true and accurate copy of the foregoing document to be served, via U.S. Mail, on the following party:

McNab Executive Plaza, LLC
c/o Lawrence L. Eldridge, Registered Agent
1000 W. McNab Road
Pompano Beach, Florida 33069

                                                 s/ Heather Kolbus
                                                 Heather Kolbus


Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)